# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Andreas Knuttel, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 21-9034 SB (PVCx) |
| v. | |
| Omaze, Inc., et al., | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Thursday, January 6, 2022, at 10:00 a.m.

The Courtroom Deputy Clerk will email call-in instructions to the parties.

Dated: December 27, 2021

By: Marlene Ramirez
Deputy Clerk