# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Andreas Knuttel, et al., | CASE NUMBER: |
| Plaintiff(s) | CV 21-9034 SB (PVCx) |
| v. | |
| Omaze, Inc., et al., | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Thursday, February 24, 2022, at 3:00 p.m.

The Courtroom Deputy Clerk will email call-in instructions to the parties.

Dated: February 22, 2022         By: Marlene Ramirez
                                      Deputy Clerk