UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  2-21-cv-09034-SB-PVC | Date:  February 18, 2022 |

| |
|---|
| Title:  *Andreas Knuttel et al. v. Omaze, Inc.* |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Jennifer Graciano | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Anthony J. Patek | Jeffrey N. Williams |

**Proceedings:**  DEFENDANT OMAZE, Inc.'s MOTION TO DISMISS FIRST AMENDED COMPLAINT (Dkt. No. 78); MOTION TO STRIKE NATIONWIDE CLASS ALLEGATIONS FROM AMENDED COMPLAINT/PETITION (Dkt. No. 79); and MOTION TO BIFURCATE DISCOVERY and/or STAY DISCOVERY (Dkt. No. 83)

Case called and appearances made.  The Court hears argument from the parties in connection with the Court's tentative ruling.  The Court takes the motions under submission.