**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
ANTHONY PATEK (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OMAZE, INC., a Delaware Corporation<br><br>Defendant. | Case No. 2:21-cv-09034(SB)(PVC)<br><br>**STIPULATION OF DISMISSAL** |

The parties, Plaintiffs ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN ("Plaintiffs") and OMAZE, INC ("Omaze"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff and Omaze (collectively the "Parties") stipulate that all of Plaintiffs' individual claims brought in this litigation are fully resolved and hereby dismissed with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own costs.

Dated: March 7, 2022

**GUTRIDE SAFIER LLP**

/s/Anthony J. Patek/___
Anthony J. Patek, Esq.
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs

Dated: March 7, 2022

**WARGO FRENCH**

/s/Jeffrey N. Williams/
Jeffrey N. Williams, Esq.
601 S Figueroa Street, Suite 4625
Los Angeles, CA 90017
Attorneys for Omaze, Inc.

I hereby attest, pursuant to Local Rule 5-4.3.4, that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

/s/Anthony J. Patek/___