JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS KNÜTTEL, MATTHEW JURANEK, AND ADRIANA CARLIN as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>OMAZE, INC., a Delaware Corporation<br><br>　　Defendant. | Case No. 2:21-cv-09034(SB)(PVC)<br><br>**ORDER OF DISMISSAL** |

1    **Whereas**, the parties, Plaintiffs ANDREAS KNÜTTEL, MATTHEW JU-
2    RANEK, AND ADRIANA CARLIN ("Plaintiffs") and OMAZE, INC ("Omaze"),
3    have submitted a Stipulation of Dismissal under Federal Rule of Civil Procedure
4    41(a)(1)(A)(i), jointly stipulating that all of Plaintiffs' individual claims brought in
5    this litigation are fully resolved and hereby dismissed with prejudice, and that all
6    putative class member claims are dismissed without prejudice, with each party to
7    bear its own costs.

8    **IT IS ORDERED** that the forgoing Stipulation is approved. Plaintiffs' indi-
9    vidual claims are dismissed with prejudice. All putative class member claims are
10   dismissed without prejudice. Each party to bear its own costs.

11   Dated: March 8, 2022

                                    _____
12                                  STANLEY BLUMENFELD
                                    United States District Judge